ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
FRANCIS A. ARENAS
Nevada Bar No. 6557
Francis.Arenas@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant State Farm Mutual*
*Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ESTHER CHOE, | Case No.: 2:25-cv-00409-JAD-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES I through X, and ROE Corporations I through X, inclusive, | ECF No. 22 |
| Defendants. | |

IT IS HEREBY STIPULATED and AGREED between Plaintiff ESTHER CHOE, Plaintiff, by and through her counsel VANNAH & VANNAH, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through their counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice,

…

…

…

…

…

…

…

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

171628533.1

each party to bear their own attorney's fees and costs.

Dated this 16th day of ~~February~~ March, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Francis A. Arenas*

ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANCIS A. ARENAS
Nevada Bar No. 6557
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

Dated this 3rd day of ~~February, 2026~~ March

VANNAH & VANNAH

/s/

JOHN B. GREENE
Nevada Bar No. 4279
ROBERT D. VANNAH
Nevada Bar No. 2503
5512 South Fort Apache Road, Suite 130
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

## ORDER

Based on the parties' stipulation **[ECF No. 22]** and good cause appearing, IT IS ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

U.S. District Judge Jennifer A. Dorsey
Dated: March 17, 2026